VENABLE LLP
Caitlin C. Blanche (SBN 254109)
cblanche@venable.com
Kaidyn McClure (SBN 352627)
kpmcclure@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:     310.229.9900
Facsimile:     310.229.9901

VENABLE LLP
Amit Rana (SBN 291912)
arana@venable.com
Antonia I. Stabile (SBN 329559)
aistabile@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:     415.653.3750
Facsimile:     415.653.3755

Attorneys for Defendant Safeway, Inc.

**[Additional Counsel on Signature Page]**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>SAFEWAY, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>         Defendant. | Case No. 3:24-cv-07918-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Action Removed:      Nov. 12, 2024<br>SAC Filed:          Sept. 19, 2025<br>Old Deadline to Respond:  Mar. 23, 2026<br>New Deadline to Respond:  Apr. 6, 2026 |

VENABLE LLP

Plaintiff Kevin Smith ("Plaintiff") and Defendant Safeway, Inc. ("Defendant"), by and through their undersigned counsel, and pursuant to Civil Local Rule 6-2 and 7-12, respectfully submit this Joint Stipulation to Extend Time to Respond to Plaintiff's Second Amended Complaint and stipulate as follows:

**WHEREAS**, on March 9, 2026, the Court denied Defendant's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint ("SAC");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's answer to the SAC is currently due by March 23, 2026;

**WHEREAS**, Defendant requires a modest extension to allow sufficient time to prepare its answer to the SAC;

**WHEREAS**, no prejudice would inure to any party or the Court by virtue of granting the requested relief. The Parties previously stipulated to extensions of time to respond to Plaintiff's initial Complaint, Plaintiff's FAC, and Plaintiff's SAC. ECF Nos. 13, 23, 39. No scheduling order has yet been issued, and other than the Case Management Conference set for April 16, 2026, there are no other impending deadlines. As such, this request will not affect any other deadlines set by the Court;

**WHEREAS**, this Stipulation is being presented in good faith and not for purposes of delay;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE**:

The deadline to respond to Plaintiff's Second Amended Complaint shall be extended from March 23, 2026, to April 6, 2026.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 17, 2026                    VENABLE LLP

By:    */s/ Amit Rana*
           Amit Rana

           *Counsel for Defendant Safeway, Inc.*

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Dated: March 17, 2026                SMITH KRIVOSHEY, PC

By:    _/s/ Brittany S. Scott_____

Yeremy O. Krivoshey
Brittany S. Scott
28 Geary Street, Ste. 1507
San Francisco, CA 94108
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
Email: brittany@skclassactions.com

*Counsel for Plaintiff Kevin Smith*

**[~~PROPOSED~~ ORDER INCLUDED ON FOLLOWING PAGE]**

STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, and good cause appearing therefor, the Court hereby grants the Parties' request as follows:

The deadline for Defendant to respond to Plaintiff's Second Amended Complaint shall be extended from March 23, 2026, to April 6, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ 3/18/2026 _____

_____
Hon. Martínez-Olguín
District Court Judge

STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

## <u>ATTESTATION UNDER LOCAL RULE 5-1(i)(3)</u>

I attest that each of the signatories listed on the signature page, and on whose behalf the filing is made, concur in the filing of this document.

Dated: March 17, 2026                          VENABLE LLP


                                               <u>/s/ Amit Rana            </u>
                                               Amit Rana

                                               *Counsel for Defendant Safeway, Inc.*

-4-
STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT