**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com
brittany@skclassactions.com
*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 3:24-cv-07918-AMO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Martinez-Olguin |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Kevin Smith and Defendant Safeway, Inc., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed **with prejudice**. The parties will bear their own attorneys' fees and costs.

DATED: June 2, 2026

Respectfully submitted,

**VENABLE LLP**

By: */s/ Caitlin C. Blanche*
Caitlin C. Blanche

**VENABLE LLP**
Caitlin C. Blanche (SBN 254109)
cblanche@venable.com
Kaidyn McClure (SBN 352627)
kpmcclure@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

**VENABLE LLP**
Amit Rana (SBN 291912)
arana@venable.com
Antonia I. Stabile (SBN 329559)
aistabile@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415.653.3750
Facsimile: 415.653.3755

*Attorneys for Defendant Safeway, Inc.*

Respectfully submitted,

**SMITH KRIVOSHEY, PC**

By: */s/ Brittany S. Scott*
Brittany S. Scott

Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com
brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

**FARUQI & FARUQI, LLP**
Lisa T. Omoto (State Bar No. 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
E-Mail: lomoto@faruqilaw.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Daniel S. Guerra (State Bar No. 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
dguerra@bursor.com

*Attorneys for Plaintiff and the Putative Classes*

**LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that each of the signatories listed on the signature page, and on whose behalf the filing is made concur in the filing of this document.

Date: June 2, 2026

*/s/ Brittany S. Scott*
Brittany S. Scott